Charles GOODE, Plaintiff—Appellant,

v.

Ronald ANGELONE; Virginia Department of Corrections, Intake and Legal Services, Defendants—Appellees.

No. 04–6149.

United States Court of Appeals, Fourth Circuit.

Submitted March 11, 2004.

Decided March 19, 2004.

Charles Goode, Appellant pro se.

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Charles Goode appeals the district court's order dismissing his petition for

writ of mandamus for failure to state a claim under 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and find no reversible error. Accordingly, we dismiss the appeal as frivolous for the reasons stated by the district court. *See Goode v. Angelone,* No. CA–03–891–2 (E.D. Va. filed Jan. 5, 2004; entered Jan. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*